JULIUS E. LEVINE, M.D. *v.* MARY M. HESLIN,
COMMISSIONER OF CONSUMER
PROTECTION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Thomas F. Brown,* in support of the petition.

*John M. Looney,* assistant attorney general, in opposition.

Decided April 8, 1986

SANDRA W. SLEAVIN *v.* GREENWICH GYNECOLOGY
AND OBSTETRICS, P.C., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 6 Conn. App. 340, is denied.

*Terence S. Hawkins,* in support of the petition.

*Ronald D. Williams,* in opposition.

Decided April 8, 1986

PAUL J. APARO, ADMINISTRATOR (ESTATE OF STEVEN
J. PALMIERI) *v.* UNITED TECHNOLOGIES
CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 6 Conn. App. 60, is denied.

*Wesley W. Horton,* in support of the petition.

*James E. Kernan,* in opposition.

Decided April 23, 1986